IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NUMBER: 08-04936 ESL |
|---|---|
| JUAN A DAVILA BORGOS<br>SONIA I RIVERA AYALA | CHAPTER 13 |
| DEBTOR(S) | |

## PROPOSE AMENDMENT OF THE CHAPTER 13 PLAN

**TO THE HONORABLE COURT**:

**COME(S) NOW DEBTOR**(S), represented by the undersigned counsel and very respectfully **ALLEGE(S)** and **PRAY(S)** as follows:

1. Debtor(s) intend to amend the Chapter 13 Plan for the following reason:

   *TO INCREASE THE BASE OF THE PLAN*

**WHEREFORE**, it is respectfully requested of this Honorable Court to approve the above indicated amendment.

**IN SAN JUAN, PUERTO RICO**, this 8TH day of December of 2008

**I HEREBY CERTIFY**: that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to United State Trustee, Chapter 13 Trustee, and we sent copy of this document through regular mail to Debtor(s) and all non CM/ECF participants interested parties to their address listed on the master address list.

/s/RODOLFO R. HERNANDEZ RAMOS
**ATTORNEY FOR DEBTOR**
USDC PR 118012
P.O. Box 19-3997
San Juan, Puerto Rico 00919-3997
Tels. 764-3646 & Fax 764-9398
rodolfohernandezesq@yahoo.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                       Case No. __08-04936__

**DAVILA BORGOS, JUAN A & RIVERA AYALA, SONIA I**          Chapter **13**
                                  Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____      ☑ AMENDED PLAN DATED: **12/08/2008**
    ☐ PRE ☐ POST-CONFIRMATION         Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ __1,200.00__ x __12__ = $ __14,400.00__
$ __1,530.00__ x __48__ = $ __73,440.00__
$ _____ x ____ = $ _____
$ _____ x ____ = $ _____
$ _____ x ____ = $ _____

                TOTAL: $ __87,840.00__

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x ____ = $ _____

PROPOSED BASE: $ __87,840.00__

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ __2,500.00__

Signed: **/s/ JUAN A DAVILA BORGOS**
         Debtor

        **/s/ SONIA I RIVERA AYALA**
        Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR   BBVA   150.00
                                                FORD $   100.00
B. SECURED CLAIMS:                M BERRIOS   50.00
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **SCOTIABANK**     Cr. **CRIM**     Cr. _____
# **79799995000042**   # **5327 5197**   # _____
$    **9,360.91**   $    **1,537.85**   $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **BANCO BILBAO VIZCA** Cr. **FORD MOTOR CREDIT** Cr. **MUEBLERIAS BERRIO**
# **9612941136**   # **35671545**   # **3505189202**
$   **15,709.79**   $   **18,077.90**   $   **4,644.44**
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
                        **SCOTIABANK**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                    ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**ATTORNEY FEES WILL BE PAID BEFORE TAXES AND CREDITORS.**

**DEBTOR WILL PROVIDE INSURANCE TO BBVA & FORD MOTOR THROUGH UNIVERSAL INS FOR THE ESTIMATED AMOUNT OF $1064.00 (BBVA) AND $988.00 (FORD MOTOR CREDIT)**

**PLAN INCREASES WHEN DEBTOR INCOME INCREASE PER ANNUM**

Attorney for Debtor **Rodolfo R. Hernandez Ramos**         Phone: **(787) 764-3646**

CHAPTER 13 PAYMENT PLAN



**UNIVERSAL INSURANCE COMPANY**
P.O. Box 71338 San Juan, PR 00936-8438
Tel: (787) 774-9211

4,315

## PREMIUM CALCULATION

| | | | |
|---|---|---|---|
| **Date requested:** | 08/29/2008 3:20:50P | | |
| **By:** | Fax | | |
| **Debtor:** | JUAN DAVILA BURGOS | | |
| **Join debtor:** | SONIA RIVERA AYALA | | |
| **Case #:** | 0804936 | **File date:** | 07/31/2 08 3:20:50P |
| **Esq.:** | RODOLFO R. HERNANDEZ RAMOS | **Mat. date:** | 04/01/2 09 3:20:50P |

| | | | |
|---|---|---|---|
| **Manufacturer:** | MAZDA | **Manufacturer:** | MPV |
| **Year:** | 2,003 | **VIN #:** | JM3LW28A130345 58 |
| **Lienholder:** | BANCO BILBAO VIZCAYA | **Loan:** | 9612941136 |
| **Balance:** | $14,198.00 | | |

$26.00 **(MONTHLY PREMIUM X    38  MONTHS)**

**SUB TOTAL ESTIMATED COVERAGE IS:**     $988.00

**TOTAL ESTIMATED COVERAGE IS:**     $988.00

**UNIVERSAL INSURANCE COMPANY**
P.O. Box 71338 San Juan, PR 00936-8438
Tel: (787) 774-9211

UNIVERSAL
INSURANCE

4,870

## PREMIUM CALCULATION

| | | | |
|---|---|---|---|
| Date requested: | 12/05/2008 3:31:09P | | |
| By: | Fax | | |
| Debtor: | JUAN DAVILA BURGOS | | |
| Join debtor: | SONIA RIVERA AYALA | | |
| Case #: | 0804936 | File date: | 07/3 2008 3:31:09P |
| Esq.: | RODOLFO HERNANDEZ-RAMOS | Mat. date: | 12/0 2009 3:31:09P |

| | | | |
|---|---|---|---|
| Manufacturer: | FORD | Manufacturer: | F-150 |
| Year: | 2,003 | VIN #: | 1FTRW0TL63KD 3466 |
| Lienholder: | FORD MOTOR CREDIT | Loan: | 35671545 |
| Balance: | $180,778.00 | | |

$38.00 (MONTHLY PREMIUM X    28 MONTHS)

SUB TOTAL ESTIMATED COVERAGE IS:    $1,064.00

TOTAL ESTIMATED COVERAGE IS:    $1,064.00

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:  CASE NUMBER: 08-04936 ESL

JUAN A DAVILA BORGOS  CHAPTER 13
SONIA I RIVERA AYALA

DEBTOR(S)

## NOTICE OF FILING AMENDED PLAN

TO ALL THE CREDITORS LISTED ON THE ATTACHED MASTER ADDRESS LIST

NOTICE IS HEREBY GIVEN THAT DEBTOR(S) FILED THE ATTACHED PLAN ON **December 8TH,2008.**

PARTIES IN INTEREST ARE NOTIFIED THAT THEY HAVE TWENTY (20) DAYS

TO REJECT A PROPOSED MODIFICATION OF A PLAN AND REQUEST A HEARING.

ABSENT GOOD CAUSE, UNTIMELY REJECTIONS SHALL BE DENIED.

## CERTIFICATE OF SERVICE

**IS HEREBY CERTIFY** THAT THE PARTIES SERVED ARE THOSE MENTIONED

ON THE ATTACHED MASTER ADDRESS LIST.

**IN SAN JUAN, PUERTO RICO,** this 8TH day of December of 2008

/s/RODOLFO R. HERNANDEZ RAMOS
**ATTORNEY FOR DEBTOR**
USDC PR 118012
P.O. Box 193997
San Juan, Puerto Rico 00919-3997
Tels. 764-3646 Fax 764-9398
rodolfohernandezesq@yahoo.com

| | | |
|---|---|---|
| DAVILA BORGOS, JUAN A<br>16 CALLE LAGO<br>URB CAMPO LAGO<br>CIDRA, PR  00739-9358 | DEPARTMENT OF TREASURY<br>BANKRUPTCY DEPARTMENT 424-B<br>P O BOX 9024140<br>SAN JUAN, PR  00902 | ROOMS TO GO<br>PO BOX 60107<br>CITY OF INDUSTRY, CA  91716 |
| RIVERA AYALA, SONIA I<br>16 CALLE LAGO<br>URB CAMPO LAGO<br>CIDRA, PR  00739-9358 | DEPT OF TREASURY<br>SECCION DE QUIEBRAS OF 424-B<br>PO BOX 9024140<br>SAN JUAN, PR  00902-4140 | SAM'S CLUB<br>PO BOX 105980<br>ATLANTA, GA  30353 |
| RODOLFO R. HERNANDEZ RAMOS<br>P O BOX 193997<br>SAN JUAN, PR  00919-3997 | FIRST BANK<br>PO BOX 9146<br>SAN JUAN, PR  00908 | SCOTIABANK<br>PO BOX 362230<br>SAN JUAN, PR  00936 |
| BANCO BILBAO VIZCAYA ARGENTARIA<br>PO BOX 364745<br>SAN JUAN, PR  00936 | FIRST PREMIER BANK<br>PO BOX 5119<br>SIOUX FALLS, SD  57117 | WESTERNBANK<br>PO BOX 1180<br>MAYAGUEZ, PR  00681 |
| BANK OF AMERICA<br>PO BOX 650260<br>DALLAS, TX  75265 | FORD MOTOR CREDIT<br>PO BOX 71472<br>SAN JUAN, PR  00936 | |
| CAPITAL ONE<br>PO BOX 25131<br>RICHMOND, VA  23276-0001 | INTERNAL REVENUE SERV<br>2 PONCE DE LEON AVE 914<br>MERCANTIL PLAZA BUILDING<br>HATO REY, PR  00918 | |
| CITICARDS<br>PO BOX 183065<br>SAN JUAN, PR  00936 | ISLAND FINANCE<br>PO BOX 195369<br>SAN JUAN, PR  00922 | |
| CITIFINANCIAL<br>PO BOX 73198<br>SAN  JUAN, PR  00936 | MONEY EXPRESS<br>PO BOX 11867<br>SAN JUAN, PR  00910 | |
| COMMOLOCO<br>PO BOX 19697<br>SAN JUAN, PR  00919 | MUEBLERIAS BERRIOS<br>PO BOX 674<br>CIDRA, PR  00739 | |
| CRIM<br>P O BOX 195387<br>SAN JUAN, PR  00919 | RADIO SHACK<br>PO BOX 689182<br>DES MOINES, IA  50368 | |