IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> JUAN A DAVILA BORGOS <br> SONIA I RIVERA AYALA <br><br> DEBTOR(S) | CASE NUMBER: 08-04936 ESL <br><br> CHAPTER 13 |

# PROPOSE POST CONFIRMATION MODIFICATION OF THE CHAPTER 13 PLAN

**TO THE HONORABLE COURT**:

**COME(S) NOW DEBTOR**(S), represented by the undersigned counsel and very respectfully **ALLEGE(S)** and **PRAY(S)** as follows:

1. Debtor(s) intend to amend the Chapter 13 Plan for the following reason:

   *TO INCREASE THE BASE OF THE PLAN.*

**WHEREFORE**, it is respectfully requested of this Honorable Court to approve the above indicated amendment.

**IN SAN JUAN, PUERTO RICO**, this 16th day of March of 2010.

**I HEREBY CERTIFY**: that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to United State Trustee, Chapter 13 Trustee, and we sent copy of this document through regular mail to Debtor(s) and all non CM/ECF participants interested parties to their address listed on the master address list.

/s/ RODOLFO R. HERNANDEZ RAMOS
Attorney for Debtor
USDC PR 118012
P. O. Box 19-3997
San Juan, Puerto Rico 00919-3991
Tels. 787-764-3646  Fax  787-764-9398

rodolfohernandezesq@yahoo.com

# United States Bankruptcy Court
# District of Puerto Rico

**IN RE:**                                         Case No. 08-04936

DAVILA BORGOS, JUAN A & RIVERA AYALA, SONIA I        Chapter 13
                                Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____       ☑ AMENDED PLAN DATED: 3/16/2010
☐ PRE ☐ POST-CONFIRMATION       Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 1,210.00 x 12 = $ 14,520.00
$ 1,530.00 x 7 = $ 10,710.00
$ 1,730.00 x 41 = $ 70,930.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ 96,160.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 96,160.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,600.00

Signed: **/s/ JUAN A DAVILA BORGOS**
          Debtor

        **/s/ SONIA I RIVERA AYALA**
          Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. SCOTIABANK     Cr. CRIM     Cr. _____
# 79799995000042     # 24909834854000     # _____
$ 9,575.32     $ 1,537.85     $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. BANCO BILBAO VIZCAY/ Cr. FORD MOTOR CREDIT Cr. MUEBLERIAS BERRIOS
# 9612941136     # 35671545     # 3505189202
$ 15,709.79     $ 19,275.90     $ 4,644.44
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____     Cr. _____     Cr. _____
# _____     # _____     # _____
$ _____     $ _____     $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
SCOTIABANK
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                 ☐ Paid 100% / ☐ Other: _____
Cr. _____     Cr. _____     Cr. _____
# _____     # _____     # _____
$ _____     $ _____     $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
ATTORNEY FEES WILL BE PAID BEFORE TAXES AND CREDITORS.
DEBTOR WILL PROVIDE INSURANCE TO BBVA OF $1064.00 AND TO FMC OF $988.00 THROUGH TRIPLE SSS

PLAN INCREASES WHEN DEBTOR INCOME INCREASE PER ANNUM IF NOT, WITH ADJUSMTENT OF EXPENSES.

Attorney for Debtor Rodolfo R. Hernandez Ramos        Phone: (787) 764-3646